THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABIN BOLA NELLAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>　EAGLE MARINE SERVICES, INC., *et al.*,<br><br>　　　　Defendants. | CASE NO. C13-1504-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On May 6, 2016, Plaintiff filed a notice of intent to pursue claims against the remaining defendant, Gary Walkama. (Dkt. No. 127.) No action has been taken by Plaintiff in nearly a year. Plaintiff is hereby ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute. Plaintiff has until May 5, 2017 to respond to this order to show cause. Failure to do so will result in a dismissal with prejudice. Defendant's attorney, William H. Fligeltaub, is DIRECTED to send a copy of this order to Mr. Walkama.

//

//

DATED this 5th day of April 2017.

William M. McCool<br>
Clerk of Court<br>
<br>
/s/Paula McNabb<br>
Deputy Clerk