THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABIN BOLA NELLAMS, an individual, | CASE NO. C13-1504-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| EAGLE MARINE SERVICES LTD., a Washington corporation, *et. al.*, | |
| Defendants. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's request for a status conference (Dkt. No. 142). In lieu of a second status conference, the parties are hereby ORDERED to meet and confer and submit to the Court three mutually acceptable trial dates.

DATED this 23rd day of March 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk